# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2013

### NO.  03-10-00644-CV

**Energy Education of Montana, Inc., Appellant**

**v.**

**Texas Comptroller of Public Accounts and the Attorney General of Texas, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the district court's judgment.

**IT IS THEREFORE** ordered that the judgment of the district court is in all things affirmed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.